

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
## OFFICE OF THE CLERK

**Michael L. McConnell**  Telephone: 225-389-3500
**Clerk of Court**  Facsimile: 225-389-3501

September 13, 2019

John W. Nichols
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobb
Washington, D.C. 20002-8004

Re:   Civil Action 3:19-cv-00600-JWD-EWD
      C.B. et al v. Juul Labs, Inc. et al

Dear Sir:

    Enclosed please find a docket sheet, civil cover sheet and a copy of the Complaint filed in the above captioned case. This is a potential multi-district litigation case.

                    Sincerely,
                      Michael L. McConnell
                      Clerk of Court

                      By: *Kylie Hebert*
                      Deputy Clerk

Enclosure
Docket Sheet
Civil Cover Sheet
Complaint